108 A.3d 1276

Sherrilyn WASHINGTON, Respondent

v.

Harry HAMILTON, Petitioner.

No. 194 MM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of January, 2015, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief is DENIED.

---

108 A.3d 1277

Kendale L. WISE, Petitioner

v.

The COURT OF COMMON PLEAS OF DAUPHIN COUNTY Pennsylvania, Respondent.

No. 198 MM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of January, 2015, the Application for Leave to File Original Process is GRANTED, and the Petition for Extraordinary Relief is DENIED.